PROB 19
(NYEP Rev. 10/13)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 7 2023 ★
LONG ISLAND OFFICE

U.S.A. vs **Theresa Riddle**

Docket No.: **17-CR-491**

TO:[1] Any U.S. Marshal or any other authorized Officer

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court for the Eastern District of New York to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Theresa Riddle | F | Caucasian | 44 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| Unknown |

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable Joanna Seybert, U.S. District Judge | July 23, 2021 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| 100 Federal Plaza, Central Islip, New York 11772 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| BRENNA MAHONEY | [signature] | 9/7/23 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED 09/07/2023 | DATE EXECUTED 03/05/2024 |
| EXECUTIVE AGENCY (NAME AND ADDRESS) USMS, Eric McGhee, DUSM | | |
| NAME Eric McG[signature] | (BY) USMS | DATE 3/5/24 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for the United States Court for the Eastern District of New York ;" or any United States Marshal; or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

SEND TO CLERK'S OFFICE    SEND TO PROBATION